THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PIERCE-ARROW MOTOR CAR COMPANY, Appellant and Respondent, *v.* WALTER H. KNAPP et al., as Members of the State Tax Commission, et al., Respondents and Appellants.

*Tax — when corporation entitled to credit upon account stated for franchise tax of amount of tax upon personalty included in real estate assessment — constitutionality of article 9-a of Tax Law.*

People ex rel. Pierce-Arrow Motor Car Co. v. Knapp, 191 App. Div. 255, affirmed.

(Argued October 5, 1920; decided October 19, 1920.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 4, 1920, which reversed, on certiorari, a determination of the state tax commission refusing to revise and re-adjust a franchise tax assessed against the relator for the year 1917, by crediting upon the account for taxes stated by the said respondents against the relator for such tax year the amount, with interest, of such part of the taxes on personal property paid locally by the relator as the portion of the year 1918, for which such taxes were paid, bore to the entire calendar year; the said local taxes for which the relator claimed such credits being the taxes laid by the city of Buffalo for the fiscal year beginning July 1, 1917, and ending June 30, 1918, and the taxes laid by the county of Erie for the fiscal year beginning January 1, 1918, and ending December 31, 1918, upon personal property as defined by section 219-L of the Tax Law of the state of New York, which said personal property was included in the real estate assessments of the city of Buffalo and county of Erie. The Appellate Division further remitted the proceedings to the state tax commission with directions to credit upon the account stated against the relator for taxes the amount of such taxes paid with interest from January 1, 1918, but denied the prayer of the relator that the whole assessment of said tax be vacated and annulled on the ground that article 9-a of the Tax Law is unconstitutional.

*Ansley W. Sawyer* and *Charles P. Spooner* for relator, appellant and respondent.

*Charles D. Newton, Attorney-General (C. T. Dawes* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.